**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6692**

─────────────

PAUL MATTURA,

                      Petitioner - Appellant,

      versus

J. VANYUR, Warden,

                      Respondent - Appellee,

      and

UNITED STATES PAROLE COMMISSION,

                      Respondent.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-96-552-5-BR2)

─────────────

Submitted: November 10, 1998     Decided: November 30, 1998

─────────────

Before MURNAGHAN, HAMILTON, and LUTTIG, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Paul Mattura, Appellant Pro Se. Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Mattura appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mattura v. Johnson</u>, No. CA-96-552-5-BR2 (E.D.N.C. Apr. 30, 1997). We grant Mattura's motions to remove the case from abeyance, amend his informal brief, and file a supplemental informal brief. We deny Mattura's motion to appoint counsel and petition for a writ ad inquirendum. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2